UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **CV 20-11742-MWF(MARx)**                                          Date: July 2, 2024

Title  **Orlando Garcia v. Reza Mahmoudiani, et al.**

Present: The Honorable:   **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                     Attorneys Present for Defendants:
Not Present                                                          Not Present

**Proceedings: (IN CHAMBERS): ORDER TO SHOW CAUSE**

On April 17, 2024, the Court ordered the parties to confer on a Joint Witness List. ("Prior Order," Docket No. 69). If the parties agreed on a Joint Witness List, Plaintiff was ordered to prepare and file it no later than May 3, 2024. (*Id*.). If the parties could not agree on a Joint Witness List, they were ordered to file separate lists no later than May 3, 2024. (*Id*.). On April 18, 2024, Plaintiff responded to the Prior Order by filing a Status Report. (Docket No. 70).

The Court has reviewed the Status Report and determines that it fails to satisfy the requirements of the Prior Order. The Status Report does not discuss a Witness List or mention any witnesses. It also seems to be written by Defendant Mahmoudiani and only includes his position regarding the entire action and specific claims. (*See Id.* at 2).

Plaintiff is now **ORDERED TO SHOW CAUSE** ("OSC"), in writing, by no later than **July 15, 2024**, why this action should not be dismissed for failure to prosecute under Federal Rule 41(b). *See Link v. Wabash R. Co.*, 370 U.S. 626, 633 (1962) ("[A] District Court may dismiss a complaint for failure to prosecute[.]"). Alternatively, Plaintiff may discharge the OSC by filing a Witness List that satisfies the requirements of the Order Re Court Trial (Docket No. 27). (*See also* Prior Order).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 20-11742-MWF(MARx)**                                    Date: July 2, 2024

Title          **Orlando Garcia v. Reza Mahmoudiani, et al.**

     Plaintiff is warned that failure to respond to the OSC by **July 15, 2024**, will result in dismissal of this action.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

     IT IS SO ORDERED.